IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS AND CONTRACTORS' TRAINING TRUST FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS'–EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, LABORERS' LOCAL #477, and LABORERS' LOCAL #703, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) No.: |
| VANCIL CONTRACTING, INC., | ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Plaintiffs, CENTRAL LABORERS' PENSION FUND, et al., furnished the following in compliance with Standing Order CDIL of this Court.

a)  Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborers' and Contractors' Training Trust Fund, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'–Employers' Cooperation and Education Trust ("LECET"), Laborers' Political League, Laborers' of Illinois Vacation Fund, Laborers' #773 and Laborers' #1072.

b)  Not applicable.

c)  CAVANAGH & O'HARA
    William K. Cavanagh
    Michael W. O'Hara

1

Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle

DATED this  24th   day of April, 2006.

                CENTRAL LABORERS' PENSION FUND,
                et. al., Plaintiffs


                By:      s/ Britt W. Sowle
                  BRITT W. SOWLE
                  **CAVANAGH & O'HARA**
                  **Attorneys for Plaintiffs**
                  1609 North Illinois Street
                  Swansea, Illinois 62226
                  Telephone:     618/222-5945
                  Facsimile:      618/222-6755
                  britt@cavanagh-ohara.com

S:\c&o\Files\CLPF\Delinq\Vancil Contracting, Inc\Certificate of Interest.wpd