AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

CENTRAL LABORERS' PENSION FUND
ET. AL.
V.

VANCIL CONTRACTING, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3078

TO: (Name and address of Defendant)

Ronald L. Vancil, President
VANCIL CONTRACTING, INC.
8 Maple Grove
Springfield, Illinois 62707

**PERSONAL SERVICE ONLY**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Britt W. Sowle
CAVANAGH & O'HARA
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: 618/222-5945

an answer to the complaint which is herewith served upon you, _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Signatures redacted-pr    5-1-06

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  JUNE 20, 2006 |
| NAME OF SERVER *(PRINT)*  TERRY LOWE | TITLE  PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 8 MAPLE GROVE, SPRINGFIELD, ILLINOIS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES  $30.00 | TOTAL  $30.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JUNE 20, 2006      _Signature redacted-pr_
              Date              Signature of Server

Address of Server: P.O. Box 20185, SPRINGFIELD, ILLINOIS 62708

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.