IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 06-CV-3078 ) |
| VANCIL CONTRACTING, INC., | ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On April 26, 2006, Plaintiffs filed their Complaint herein and paid all filing fees in full. On June 20, 2006, proper service was executed upon Ronald L. Vancil, President of Defendant Vancil Contracting, Inc. Defendant has failed to file an answer or any type of response to Plaintiffs' Complaint. However, Plaintiffs have not taken steps to obtain the default of Defendant. Federal Rule of Civil Procedure 55 directs that a Plaintiff shall apply to the Court for judgment by default. Plaintiffs were requested to file a status report or take action to move this case forward by September 15, 2006 by this Court's text order of September 1, 2006. As of this date, Plaintiffs have failed to respond to that text order or act in accordance with

Rule 55. The Court has no other option and recommends that Plaintiffs' Complaint be dismissed for want of prosecution.

Plaintiffs are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER: September 18, 2006

    FOR THE COURT:        s/ Byron G. Cudmore

                                                  _____
                                                   BYRON G. CUDMORE
                                        UNITED STATES MAGISTRATE JUDGE