IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS AND CONTRACTORS' TRAINING TRUST FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS'–EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, LABORERS' LOCAL #477, and LABORERS' LOCAL #703, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) No.: 06-3078 |
| VANCIL CONTRACTING, INC., | ) ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, et. al., by and through their attorneys, Cavanagh & O'Hara, and, pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal Without Prejudice and in support thereof states as follows:

1.      On April 26, 2006, Plaintiffs filed their Complaint against the Defendant for an account be taken by the Plaintiffs for the period from January 1, 2002 through current, as to wages received and hours worked by Defendant's employees to determine amounts required to be paid by the Defendant to the Plaintiffs and for liquidated damages in the amount of $2,897.43, and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered.

    2.    That on June 20, 2006, proper service was executed upon Ronald L. Vancil, President of Vancil Contracting, Inc.

    3.    Plaintiffs were holding off prosecution of this matter due to ongoing settlement discussions between Defendant, Vancil Contracting and Plaintiffs, Central Laborers' Pension Fund. et. al.

    4.    The file was recently transferred between our Belleville and Springfield office, which resulted in Plaintiff's inadvertent failure to file a status report.

    5.    Defendant has notified Plaintiffs that they have filed for Chapter 11 bankruptcy.

    6.    That this matter has not been dismissed in any court of the United States or of any state.

WHEREFORE, the Plaintiff herewith files this Notice of Voluntary Dismissal Without Prejudice.

Respectfully submitted,
s/Britt W. Sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS AND CONTRACTORS' TRAINING TRUST FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS'–EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, LABORERS' LOCAL #477, and LABORERS' LOCAL #703, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) No.: 06-3078 |
| VANCIL CONTRACTING, INC., | ) ) ) |
| Defendant. | ) |

**Certificate of Service**

I hereby certify that on September 26, 2006, I electronically filed a Notice of Voluntary Dismissal Without Prejudice with the Clerk of Court using the CM/ECF system and I hereby certify that on September 26, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Ronald L. Vancil, President
VANCIL CONTRACTING, INC.
8 Maple Grove
Springfield, Illinois 62707

                                              Respectfully submitted,
                                              s/britt w. sowle
                                              Britt W. Sowle
                                              Cavanagh & O'Hara
                                              1609 North Illinois Street

Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com

3:06-cv-03078-JES-BGC    # 6-2    Page 2 of 2